UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GREENSTEIN, STEVEN LEON

Debtor.

Chapter 7

Case No. 12-13151 SCC

**STATEMENT OF UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 4 | Homestead International Group, Ltd.<br>350 5th Avenue, 9th Floor<br>New York, NY 10118 | $328,622.67 | $302.62 |

**TOTAL UNCLAIMED DIVIDENDS:**                                                                 $   **302.62**

Dated:  October 7, 2015

/s/ Alan Nisselson
Alan Nisselson, Trustee
Trustee
156 West 56th Street
New York, NY  10019
(212) 237-1000