# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re: GREENSTEIN, STEVEN LEON § Case No. 12-13151-SCC
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Alan Nisselson, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $679,781.24        Assets Exempt: $241,420.63
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,977.79        Claims Discharged
                                                   Without Payment: $13,019,480.94

Total Expenses of Administration: $13,022.21

---

3) Total gross receipts of $ 25,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $300,099.73 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 13,022.21 | 13,022.21 | 13,022.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 12,968,521.03 | 13,021,729.41 | 13,006,990.94 | 11,977.79 |
| **TOTAL DISBURSEMENTS** | $12,968,521.03 | $13,334,851.35 | $13,020,013.15 | $25,000.00 |

4) This case was originally filed under Chapter 7 on July 20, 2012. The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/02/2015          By: /s/Alan Nisselson, Trustee
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2772 Shares of Homstead International | 1129-000 | 10,000.00 |
| American Express Preference Settlement | 1241-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Citibank, N.A. | 4110-000 | N/A | 300,099.73 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$300,099.73** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Alan Nisselson, Trustee | 2100-000 | N/A | 3,250.00 | 3,250.00 | 3,250.00 |
| Alan Nisselson, Trustee | 2200-000 | N/A | 29.00 | 29.00 | 29.00 |
| Windels Marx Lane & Mittendorf, LLP | 3110-000 | N/A | 8,700.00 | 8,700.00 | 8,700.00 |
| Windels Marx Lane & Mittendorf, LLP | 3120-000 | N/A | 280.33 | 280.33 | 280.33 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Joseph A. Broderick, P.C. | 3410-000 | N/A | 450.00 | 450.00 | 450.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.50 | 11.50 | 11.50 |
| Rabobank, N.A. | 2600-000 | N/A | 13.40 | 13.40 | 13.40 |
| Rabobank, N.A. | 2600-000 | N/A | 13.86 | 13.86 | 13.86 |
| Rabobank, N.A. | 2600-000 | N/A | 15.28 | 15.28 | 15.28 |
| Rabobank, N.A. | 2600-000 | N/A | 14.30 | 14.30 | 14.30 |
| International Sureties, Ltd. | 2300-000 | N/A | 5.69 | 5.69 | 5.69 |
| Rabobank, N.A. | 2600-000 | N/A | 13.80 | 13.80 | 13.80 |
| Rabobank, N.A. | 2600-000 | N/A | 15.68 | 15.68 | 15.68 |
| Rabobank, N.A. | 2600-000 | N/A | 13.75 | 13.75 | 13.75 |
| Rabobank, N.A. | 2600-000 | N/A | 15.16 | 15.16 | 15.16 |
| Rabobank, N.A. | 2600-000 | N/A | 14.66 | 14.66 | 14.66 |
| Rabobank, N.A. | 2600-000 | N/A | 18.50 | 18.50 | 18.50 |
| Rabobank, N.A. | 2600-000 | N/A | 40.48 | 40.48 | 40.48 |
| Rabobank, N.A. | 2600-000 | N/A | 35.66 | 35.66 | 35.66 |
| Rabobank, N.A. | 2600-000 | N/A | 33.23 | 33.23 | 33.23 |
| Rabobank, N.A. | 2600-000 | N/A | 37.93 | 37.93 | 37.93 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $13,022.21 | $13,022.21 | $13,022.21 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Centurion Bank | 7100-000 | 6,689.39 | 6,689.39 | 0.00 | 0.00 |
| 2 | American Express Centurion Bank | 7100-000 | 8,049.08 | 8,049.08 | 0.00 | 0.00 |
| 3 | Broome & Wellington LP | 7100-000 | 12,600,692.77 | 12,678,368.27 | 12,678,368.27 | 11,675.17 |
| 4 | Homestead International Group, Ltd. | 7100-000 | 328,622.00 | 328,622.67 | 328,622.67 | 302.62 |
| NOTFILED | Citi Bank | 7100-000 | 13,529.00 | N/A | N/A | 0.00 |
| NOTFILED | Retail Services | 7100-000 | 504.00 | N/A | N/A | 0.00 |
| NOTFILED | Retail Services | 7100-000 | 861.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 6,570.00 | N/A | N/A | 0.00 |
| NOTFILED | Cardmember Service | 7100-000 | 77.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Bank | 7100-000 | 2,926.79 | N/A | N/A | 0.00 |
| NOTFILED | Crate & Barrel | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | PC Richard | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Dell | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bloomingdales | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $12,968,521.03 | $13,021,729.41 | $13,006,990.94 | $11,977.79 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-13151-SCC  
**Case Name:** GREENSTEIN, STEVEN LEON

**Trustee:** (521090) Alan Nisselson, Trustee  
**Filed (f) or Converted (c):** 07/20/12 (f)  
**§341(a) Meeting Date:** 08/16/12

**Period Ending:** 11/02/15

**Claims Bar Date:** 10/15/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 10 Tournament Dr., White Plains NY<br>    Single family home co-owned with non Debtor spouse | 549,110.50 | 0.00 | | 0.00 | FA |
| 2 | TD Bank Account | 3,000.00 | 0.00 | | 0.00 | FA |
| 3 | Citibank Account | 3,750.00 | 3,061.00 | | 0.00 | FA |
| 4 | Royal Bank of Scotland<br>    Amounts are in Pounds Sterling | 86.00 | 86.00 | | 0.00 | FA |
| 5 | Home furnishings, computer, TVs, dvd players. I | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Normal wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Wedding band, watch, pendant | 380.00 | 0.00 | | 0.00 | FA |
| 8 | Term Life Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 401K | 85,601.63 | 0.00 | | 0.00 | FA |
| 10 | 2772 Shares of Homstead International<br>    2,772 Shares of Homstead International and 161,400 Options to purchase shares of Li & Fung Ltd. (the "Shares and Options"). The Trustee and Homestead entered into an agreement pursuant to which Homestead agreed to purchase the Shares and Options for $10,000.00. That agreement was approvied pursuant to an Order dated 9/11/2013. (Doc. No. 51). | 1.00 | 1.00 | | 10,000.00 | FA |
| 11 | Judgment against Broome & Wellington<br>    Broome & Wellington has a Judgment against the Debtor in an amount far inexcess of the Debtor's Judgment against Brome & Wellington. | 30,823.00 | 30,823.00 | | 0.00 | FA |
| 12 | Travel reimbursement from Li & Fung | 4,980.11 | 4,980.11 | | 0.00 | FA |
| 13 | Family Dog | 50.00 | 0.00 | | 0.00 | FA |
| 14 | Cell Phone | 300.00 | 300.00 | | 0.00 | FA |
| 15 | American Express Preference Settlement (u)<br>    The Trustee and American Express entered into a stipulation pursuant to which American Express agreed to pay the Trustee $15,000 and to waive its claims filed in the estate in exchange for teh Trustee's | 0.00 | Unknown | | 15,000.00 | FA |

Printed: 11/02/2015 09:12 AM    V.13.25

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-13151-SCC  
**Case Name:** GREENSTEIN, STEVEN LEON

**Trustee:** (521090) Alan Nisselson, Trustee  
**Filed (f) or Converted (c):** 07/20/12 (f)  
**§341(a) Meeting Date:** 08/16/12

**Period Ending:** 11/02/15

**Claims Bar Date:** 10/15/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| release of his avoidance claims. That Stipulation was approved by Order dated 11/14/2014. (Doc. No. 55). | | | | | |
| 15 Assets Totals (Excluding unknown values) | $679,782.24 | $39,251.11 | | $25,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

On 4/20/2015, the Trustee prepared the TFR and submitted the TFR to the UST.

On 5/6/2015, the UST approved the TFR

On 6/30/2015, the Final Hearing was held.

By Order dated 6/29/2015, the Court approved final professional compensation applications.

The Trustee made Final Distributions on 7/6/2015.

On 10/7/2015, the Trustee filed a motion to deposit unclaimed funds.

On 11/2/2015, the Trustee prepared the TDR.

**Initial Projected Date Of Final Report (TFR):** December 14, 2015      **Current Projected Date Of Final Report (TFR):** April 20, 2015 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-13151-SCC  
**Case Name:** GREENSTEIN, STEVEN LEON  
**Taxpayer ID #:** **-***2514  
**Period Ending:** 11/02/15  

**Trustee:** Alan Nisselson, Trustee (521090)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0666 - Checking Account  
**Blanket Bond:** $81,410,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/03/14 | {10} | LF USA Inc. | Sale of Stock and Options | 1129-000 | 10,000.00 | | 10,000.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.50 | 9,988.50 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.40 | 9,975.10 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.86 | 9,961.24 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.28 | 9,945.96 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.30 | 9,931.66 |
| 06/10/14 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/10/2014 FOR CASE #12-13151, Bond # 016030120 for 6/19/14 - 6/19/15 | 2300-000 | | 5.69 | 9,925.97 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.80 | 9,912.17 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.68 | 9,896.49 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.75 | 9,882.74 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.16 | 9,867.58 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.66 | 9,852.92 |
| 11/18/14 | {15} | American Express Travel Related Services | Settlement | 1241-000 | 15,000.00 | | 24,852.92 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.50 | 24,834.42 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.48 | 24,793.94 |
| 01/05/15 | 102 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/05/2015 FOR CASE #12-13151, Bond # 016027942, 1/1/15 to 1/1/16 Voided on 01/05/15 | 2300-003 | | 14.52 | 24,779.42 |
| 01/05/15 | 102 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/05/2015 FOR CASE #12-13151, Bond # 016027942, 1/1/15 to 1/1/16 Voided: check issued on 01/05/15 | 2300-003 | | -14.52 | 24,793.94 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.66 | 24,758.28 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.23 | 24,725.05 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.93 | 24,687.12 |
| 07/06/15 | 103 | Alan Nisselson, Trustee | Dividend paid 100.00% on $3,250.00, Trustee Compensation; Reference: | 2100-000 | | 3,250.00 | 21,437.12 |
| 07/06/15 | 104 | Alan Nisselson, Trustee | Dividend paid 100.00% on $29.00, Trustee Expenses; Reference: | 2200-000 | | 29.00 | 21,408.12 |
| 07/06/15 | 105 | Windels Marx Lane & Mittendorf, LLP | Dividend paid 100.00% on $8,700.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 8,700.00 | 12,708.12 |

Subtotals :   $25,000.00   $12,291.88

{} Asset reference(s)  
Printed: 11/02/2015 09:12 AM   V.13.25

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-13151-SCC  
**Case Name:** GREENSTEIN, STEVEN LEON  

**Taxpayer ID #:** **-***2514  
**Period Ending:** 11/02/15  

**Trustee:** Alan Nisselson, Trustee (521090)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0666 - Checking Account  
**Blanket Bond:** $81,410,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/06/15 | 106 | Windels Marx Lane & Mittendorf, LLP | Dividend paid 100.00% on $280.33, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 280.33 | 12,427.79 |
| 07/06/15 | 107 | Joseph A. Broderick, P.C. | Dividend paid 100.00% on $450.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 450.00 | 11,977.79 |
| 07/06/15 | 108 | Broome & Wellington LP | Final Distribution for Claim No. 3. | 7100-000 | | 11,675.17 | 302.62 |
| 07/06/15 | 109 | Homestead International Group, Ltd. | Final Distribution for Claim No. 4. Stopped on 10/07/15 | 7100-004 | | 302.62 | 0.00 |
| 10/07/15 | 109 | Homestead International Group, Ltd. | Final Distribution for Claim No. 4. Stopped: check issued on 07/06/15 | 7100-004 | | -302.62 | 302.62 |
| 10/07/15 | 110 | United States Bankruptcy Court | Unclaimed Funds | 7100-000 | | 302.62 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 25,000.00 | 25,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 25,000.00 | 25,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$25,000.00** | **$25,000.00** | |

Net Receipts : 25,000.00  
———————  
Net Estate : $25,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0666** | 25,000.00 | 25,000.00 | 0.00 |
| | $25,000.00 | $25,000.00 | $0.00 |

{} Asset reference(s)

Printed: 11/02/2015 09:12 AM    V.13.25